AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>RICHARD HOLZER<br><br>*Defendant* | Case No.  19-mj-00246-NYW |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHARD HOLZER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Section (a)(2) and (d)(3), Attempting to obstruct religious exercise by force using explosives and fire

Date:  **02 Nov 2019**

*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*