IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00246-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD HOLZER,

      Defendant.

## UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendant, Richard Holzer ("Mr. Holzer"), by and through undersigned counsel, Mary V. Butterton, respectfully requests that the Detention and Preliminary Hearing currently set for Thursday, November 7, 2019 at 10:30 a.m. be reset to Friday, November 8, 2019 at 10:00 a.m. In support of this motion, undersigned counsel states as follows:

1.    A Detention and Preliminary Hearing is currently scheduled for Thursday, November 7, 2019 at 10:30 a.m.

2.    Undersigned counsel is unable to appear for the Detention and Preliminary Hearing on the date and time currently set due to a sentencing hearing already scheduled for 10:00 a.m. on November 7, 2019, *USA v. Robyn Ford*, Case No. 19-cr-00253-RM. However, counsel is available on Friday, November 8, 2019 at 10:00 a.m.

3.    Counsel contacted Assistant U.S. Attorney Julia Martinez, and she does not oppose this motion.

2

WHEREFORE, counsel respectfully requests that the Detention and Preliminary Hearing currently set for Thursday, November 7, 2019 at 10:30 a.m. be continued to Friday, November 8, 2019 at 10:00 a.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
mary_butterton@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2019, I electronically filed the foregoing **Unopposed Motion to Reschedule Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Julia Martinez, Assistant United States Attorney
      E-mail:  Julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Richard Holzer   (Via *U.S. Mail*)

      s/ Mary V. Butterton
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      mary_butterton@fd.org
      Attorney for Defendant