AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 NOV -6 PM 2:15
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:19mj246-NYW |
| RICHARD HOLZER | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD HOLZER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of Title 18, United States Code, Section (a)(2) and (d)(3), Attempting to obstruct religious exercise by force using explosives and fire

Date: **02 Nov 2019**

*Issuing officer's signature*
Nina Y. Wang

City and state: Denver, Colorado

United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/4/19, and the person was arrested on *(date)* 11/4/19
at *(city and state)* Colorado Springs, CO

Date: 11/4/19

*Arresting officer's signature*

Gregory Young FBI/TFO
*Printed name and title*